UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Steven J. Roy**

                v.

                                                                                 Civil No. 13-cv-438-PB

**NH Department of Corrections,
Commissioner**

**O R D E R**

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated December 16, 2013.  Claims 2-5 are hereby dismissed.  The copyright claim (Claim 1) and the tort claims of conversion and unjust enrichment (Claim 6(a)) against the New Hampshire Department of Corrections, William Wrenn, Richard Gerry, and Fred Nichols may proceed.  The state law claims of negligence and intentional infliction of emotional distress, Claim 6(b), are dismissed without prejudice to Roy refiling those tort claims in state court. The remaining defendants and claims are dismissed.

    SO ORDERED.

                                            /s/ Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

Date: January 3, 2014

cc:  Steven Roy
     Francis Charles Fredericks, Esq.