```
                     UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Steven J. Roy

                    v.                          Civil No. 13-cv-438-PB

NH Department of Corrections,
Commissioner, et al


                              O R D E R

     After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 8, 2015.  The defendants' motion to dismiss (doc. no. 46) is granted in part and denied in part. The case shall proceed on the four claims identified in the Report and Recommendation.


     SO ORDERED.

                                        /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

Date: August 26, 2015

cc:   Steven J. Roy, pro se
      Thomas J. Donovan, Esq.
      Francis Charles Fredericks, Esq.