```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Steven J. Roy

    v.                                    Civil No. 13-cv-438-PB

NH Department of Corrections,
Commissioner

O R D E R

    None of the alleged factual disputes cited by the plaintiff in his objection to the Magistrate Judge's Report and Recommendation are material to the resolution of the motions that are addressed in the Report and Recommendation. Therefore, after due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 2, 2016. The defendants' motions for summary judgment, document nos. 74 and 76, are granted. The Clerk shall enter judgment and close the case.

    SO ORDERED.

                                             /s/Paul Barbadoro
                                           Paul Barbadoro
                                           United States District Judge

May 16, 2016

cc: Steven Roy, pro se
    Thomas J. Donovan, Esq.
    Francis Charles Fredericks, Esq.